No. 00–7292. PERRY v. UNITED PARCEL SERVICE. C. A. 11th Cir.;

No. 00–7538. SHULL v. BEXAR COUNTY ET AL. Ct. App. Tex., 4th Dist.; and

No. 00–7569. SZERLIP v. CITY OF MOUNT VERNON, OHIO. Ct. App. Ohio, Knox County. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 13, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–1084. IN RE COUGHLIN;

No. 00–7713. IN RE BROWN;

No. 00–7732. IN RE BROWN;

No. 00–7884. IN RE TARVIN;

No. 00–7886. IN RE BRADLEY;

No. 00–7961. IN RE ATKINS;

No. 00–8027. IN RE CUMMINGS;

No. 00–8061. IN RE RIVERA;

No. 00–8090. IN RE DANIELS;

No. 00–8116. IN RE KUBWEZA;

No. 00–8173. IN RE DAVIS;

No. 00–8175. IN RE WELLS;

No. 00–8198. IN RE FULLER;

No. 00–8295. IN RE STERN;

No. 00–8342. IN RE MCGIRT; and

No. 00–8350. IN RE WASHINGTON. Petitions for writs of habeas corpus denied.

No. 00–7264. IN RE VILLARREAL;

No. 00–7279. IN RE OLIVIER-DIAZ;

No. 00–7348. IN RE MIMMS;

No. 00–7545. IN RE LANOUE; and

No. 00–7594. IN RE BUCKNER. Petitions for writs of mandamus denied.

No. 00–1085. IN RE MENDOZA; and

No. 00–1183. IN RE GARRISON. Petitions for writs of mandamus and/or prohibition denied.